SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
Julie G. Yap (SBN 243450)
jyap@seyfarth.com
Christopher J. Truxler (SBN 282354)
ctruxler@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
WINCO HOLDINGS, INC.

WORKMAN LAW FIRM, PC
Robin G. Workman (SBN 145810)
robin@workmanlawpc.com
Rachel E. Davey (SBN 316096)
rachel@workmanlawpc.com
177 Post Street, Suite 800
San Francisco, CA 94018
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

Attorneys for Plaintiff
SHIRLEY JACO, on behalf of herself and all others
others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHIRLEY JACO on behalf of herself and all others similarly situated,

Plaintiff,

v.

WINCO HOLDINGS, INC. and Does 1 through 50, inclusive.

Defendants.

Case No. 1:18-CV-00301-DAD-EPG

**STIPULATION TO CONTINUE RULE 26(f) CONFERENCE & JUNE 27, 2018 SCHEDULING CONFERENCE; ORDER**

Plaintiff SHIRLEY JACO ("Plaintiff") and Defendant WINCO HOLDINGS, INC. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys, pursuant to Eastern District Local Rules 143 and 144, stipulate and agree that good cause exists to continue the Parties' Rule 26(f) Conference and the Court's Scheduling Conference set for June 27, 2018, to dates following an order on Defendant's Motion To Dismiss Complaint, Or In The Alternative, To Strike:

WHEREAS, Defendant filed a Motion To Dismiss Complaint, Or In The Alternative, To Strike on March 9, 2018, which has been fully briefed by the Parties;

WHEREAS, the Honorable Dale A. Drozd heard oral argument on Defendant's Motion To Dismiss Complaint, Or In The Alternative, To Strike on May 1, 2015;

WHEREAS, the Court's ruling on Defendant's Motion To Dismiss Complaint, Or In The Alternative, To Strike may impact the claims at issue in the litigation, the scope of discovery, and scheduling of discovery and motions;

WHEREAS, in order to preserve time and resources, the Parties believe that their Rule 26 (f) conference should be deferred until after the Court's ruling on the pending Motion To Dismiss Complaint, Or In The Alternative, To Strike;

WHEREAS, the Parties stipulate and agree to hold their Rule 26(f) conference within twenty-one (21) days of the issuance of the Court's Order ruling on the pending Motion To Dismiss Complaint, Or In The Alternative, To Strike and to continue the Court's Scheduling Conference.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

///
///
///
///
///
///
///
///
///

DATED: June 11, 2018

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Julie G. Yap
Kristina M. Launey
Julie G. Yap
Christopher J. Truxler

*Attorneys for Defendant*
WINCO HOLDINGS, INC.

DATED: June 11, 2018

Respectfully submitted,

WORKMAN LAW FIRM, PC

By: /s/ Robin G. Workman
Robin G. Workman
Rachel E. Davey

*Attorneys for Plaintiff*
SHIRLEY JACO, on behalf of herself and all others similarly situated

Attorney for Plaintiff agreed with the contents of this document and authorized the filer to use her electronic signature.

**ORDER**

Pursuant to the above stipulation, and good cause appearing, it is ordered that the Rule 26(f) Initial Scheduling Conference currently set for June 27, 2018 is continued to August 29, 2018, at 10:00 AM.

IT IS SO ORDERED.

Dated: **June 11, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE