| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Kristina M. Launey (SBN 221335) |
| 2 | klauney@seyfarth.com |
| | Julie G. Yap (SBN 243450) |
| 3 | jyap@seyfarth.com |
| | Christopher J. Truxler (SBN 282354) |
| 4 | ctruxler@seyfarth.com |
| | 400 Capitol Mall, Suite 2350 |
| 5 | Sacramento, California 95814-4428 |
| | Telephone: (916) 448-0159 |
| 6 | Facsimile: (916) 558-4839 |
| 7 | Attorneys for Defendant |
| | WINCO HOLDINGS, INC. |
| 8 | |
| | WORKMAN LAW FIRM, PC |
| 9 | Robin G. Workman (SBN 145810) |
| | robin@workmanlawpc.com |
| 10 | Rachel E. Davey (SBN 316096) |
| | rachel@workmanlawpc.com |
| 11 | 177 Post Street, Suite 800 |
| | San Francisco, CA 94018 |
| 12 | Telephone: (415) 782-3660 |
| | Facsimile: (415) 788-1028 |
| 13 | |
| | Attorneys for Plaintiff |
| 14 | SHIRLEY JACO, on behalf of herself and all others |
| | others similarly situated |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY JACO on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WINCO HOLDINGS, INC. and Does 1 through 50, inclusive.<br><br>Defendants. | Case No. 1:18-CV-00301-DAD-EPG<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE RULE 26(f) CONFERENCE & OCTOBER 15, 2018 SCHEDULING CONFERENCE**<br><br>Before the Hon. Erica P. Grosjean |

Plaintiff SHIRLEY JACO ("Plaintiff") and Defendant WINCO HOLDINGS, INC. ("Defendant") (collectively, the "Parties"), by and through their respective attorneys, pursuant to Eastern District Local Rules 143 and 144, stipulate and agree that good cause exists to continue the Parties' Rule 26(f) Conference and the Court's Scheduling Conference set for October 15, 2018, to dates following an order on Defendant's Motion To Dismiss Complaint, Or In The Alternative, To Strike:

WHEREAS, Defendant filed a Motion To Dismiss Complaint, Or In The Alternative, To Strike on March 9, 2018, which has been fully briefed by the Parties;

WHEREAS, the Honorable Dale A. Drozd heard oral argument on Defendant's Motion To Dismiss Complaint, Or In The Alternative, To Strike on May 1, 2015;

WHEREAS, the Court's ruling on Defendant's Motion To Dismiss Complaint, Or In The Alternative, To Strike may impact the claims at issue in the litigation, the scope of discovery, and scheduling of discovery and motions;

WHEREAS, the Court granted the Parties' previous stipulation to continue the Rule 26(f) Conference and the Court's Scheduling Conference from June 27, 2018 to August 29, 2018;

WHEREAS, the Court *sua sponte* continued the Rule 26(f) Conference and the Court's Scheduling Conference August 29, 2018 to October 15, 2018;

WHEREAS, in order to preserve time and resources, the Parties believe that their Rule 26(f) conference should be deferred until after the Court's ruling on the pending Motion To Dismiss Complaint, Or In The Alternative, To Strike;

WHEREAS, the Parties stipulate and agree to hold their Rule 26(f) conference within twenty-one (21) days of the issuance of the Court's Order ruling on the pending Motion To Dismiss Complaint, Or In The Alternative, To Strike and to continue the Court's Scheduling Conference.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

///
///
///
///
///

DATED: October 5, 2018     Respectfully submitted,

SEYFARTH SHAW LLP


By:  /s/ Christopher J. Truxler
    Kristina M. Launey
    Julie G. Yap
    Christopher J. Truxler

    *Attorneys for Defendant*
    WINCO HOLDINGS, INC.


DATED: October 5, 2018     Respectfully submitted,

WORKMAN LAW FIRM, PC


By:  /s/ Robin G. Workman
    Robin G. Workman
    Rachel E. Davey

    *Attorneys for Plaintiff*
    SHIRLEY JACO, on behalf of herself and all others similarly situated

Attorney for Plaintiff agreed with the contents of this document and authorized the filer to use her electronic signature.

**ORDER**

After considering the above stipulation, and finding good cause therefor, the Court's Scheduling Conference currently set for October 15, 2018 is continued to November 13, 2018 at 10:30 a.m. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and to email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated: __**October 5, 2018**__   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE