# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY JACO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WINCO HOLDINGS, INC. and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:18-CV-00301-DAD-EPG<br><br>**ORDER ON THIRD STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>(ECF No. 26) |

Pursuant to the stipulation of the parties (ECF No. 26) and good cause appearing, IT IS SO ORDERED that the Initial Scheduling Conference currently set for April 1, 2019 at 10:00 AM is continued pending a ruling on the Motion to Dismiss, or in the Alternative, to Strike (ECF No. 4). The parties shall contact the Court to reset the Initial Scheduling Conference within fourteen (14) days of the issuance of a ruling on the motion.

IT IS SO ORDERED.

Dated: **March 12, 2019**        /s/ Erica P. Grosjean
                          UNITED STATES MAGISTRATE JUDGE