UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY JACO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WINCO HOLDINGS, INC.,<br><br>Defendant. | No. 1:18-cv-00301-DAD-EPG<br><br><br>ORDER CONCERNING STIPULATION CONCERNING DISCOVERY DATES<br><br>(ECF No. 60) |

On February 12, 2021, the parties filed a stipulation to extend discovery cut-off dates. (ECF No. 60).[1] Finding good cause, the Court will grant the stipulated request.

Accordingly, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

\\\

\\\

\\\

\\\

\\\

\\\

---

[1] The parties are reminded that pursuant to Local Rule 137(b) and (c), when filing a document that requires leave of court, such as a stipulated request to extend discovery deadlines, the filing party must both file a PDF copy of the proposed order and email a Word copy of the proposed order to the appropriate judge.

1

| Event/Deadline | Previous Date | Revised Date |
|---|---|---|
| Non-Expert Discovery Cutoff | February 12, 2021 | February 26, 2021 |
| Expert Discovery Cutoff | February 12, 2021 | February 12, 2021 (unchanged) |
| Dispositive Motion Deadline | March 5, 2021 | March 5, 2021 (unchanged) |
| Pretrial Conference | August 16, 2021 | August 16, 2021 (unchanged) |
| Jury Trial | October 19, 2021 | October 19, 2021 (unchanged) |

IT IS SO ORDERED.

Dated:  **February 16, 2021**                /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE