UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY JACO,<br><br>    Plaintiff,<br><br>v.<br><br>WINCO HOLDINGS, INC.,<br><br>    Defendant. | Case No. 1:18-cv-00301-DAD-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 74) |

On June 16, 2022, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees (except as otherwise provided in the settlement agreement between the parties). (ECF No. 74). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees (except as otherwise provided in the settlement agreement between the parties). Accordingly, the Clerk of Court is directed to close this case. The Court retains jurisdiction to enforce the settlement agreement.

IT IS SO ORDERED.

Dated:  **June 17, 2022**                    /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE

1